**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Patrick PRINCE, Defendant–Appellant.**

**No. 12–7723.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 19, 2012.

Patrick Prince, Appellant Pro Se. Alan Lance Crick, Assistant United States Attorney, Andrew Burke Moorman, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Prince appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Prince,*

2012 WL 3966022 (D.S.C. Sept. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*